IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARDRECUS PRICE, #214 131          )
                                  )
        Plaintiff,                )
                                  )
v.                                )    CIVIL ACTION NO. 2:11-CV-942-WHA
                                  )                [WO]
SENECA HILL,                      )
                                  )
        Defendant.                )

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this complaint on November 3, 2011.  Pending before the court is Plaintiff's request to withdraw his complaint filed January 12, 2012.  Upon review of the motion, considered a motion for voluntary dismissal of the complaint pursuant to Rule 41(a)(1), *Federal Rules of Civil Procedure*, the court concludes that the motion is due to be granted.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that Plaintiff's motion for voluntary dismissal of the complaint (*Doc. No. 6*) be GRANTED and that this case be DISMISSED without prejudice.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before **February 3, 2012**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court.  The

parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 18th day of January 2012.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

2