IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDRECUS PRICE, 214131, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:11-cv-942-WHA |
| | ) [wo] |
| SENECA HILL, | ) |
| | ) |
| Defendant. | ) |

**OPINION and ORDER**

On January 18, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 7).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that the motion for voluntary dismissal of the complaint (Doc. No. 6) is GRANTED and that this case be DISMISSED without prejudice in accordance with the Recommendation of the Magistrate Judge.

DONE this 14th day of February, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE